(163 App. Div. 208)

JARVIE v. ARBUCKLE et al.

(Supreme Court, Appellate Division, Second Department. June 5, 1914.)

Appeal from Trial Term, Kings County.
Action by James J. Jarvie against Christina Arbuckle and another as administrators of John Arbuckle, deceased, and William A. Jamison. From a judgment in favor of defendants, and from an order denying plaintiff's motion for a new trial on the further order granting defendants' motion for an extra allowance of costs, plaintiff appeals. Affirmed.
Argued before JENKS, P. J., and BURR, THOMAS, STAPLETON, and PUTNAM, JJ.

Lewis H. Freedman, of New York City (Adrian H. Larkin and Albert Stickney, both of New York City, on the brief), for appellant.
William N. Dykman, of Brooklyn, for respondents.

BURR, J. The questions of fact in this case as to whether the sums due to the employés of the Pittsburg house were obligations of the firm or a personal indebtedness of John Arbuckle have been resolved by the verdict of the jury in favor of defendants, and the evidence fully sustains such finding. Within the authority of Jarvie v. Arbuckle, Action No. 1, 148 N. Y. Supp. 189, decided herewith, it follows that the judgment entered in this action in favor of defendants, and the orders denying the motion for a new trial and granting defendants' motion for an extra allowance, should be affirmed, with costs. All concur.